# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Respondent,<br><br>　v.<br><br>LUIS LOPEZ PEREZ-CONCEPCION,<br><br>　　　　　Defendant-Petitioner. | CASE NO. 1:16-CR-002-LJO-SKO<br><br>ORDER REFERRING § 2255 MOTION TO FEDERAL DEFENDER'S OFFICE<br><br>(ECF NO. 19) |

On January 23, 2017, Defendant-Petitioner Luis Lopez Perez-Concepcion ("Petitioner") filed a *pro se* motion (ECF No. 19) pursuant to Title 28, United States Code, Section 2255 ("§ 2255"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). To efficiently process petitions under *Johnson* and *Welch*, and following Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **February 25, 2017** to file a supplement to Petitioner's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file such a supplement. Upon the FDO's filing, the Court will determine whether it is appropriate to issue an order setting a formal briefing schedule.

The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

　Dated:　**January 25, 2017**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE