IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>LUIS LOPEZ PEREZ-CONCEPCION,<br><br>                 Defendant. | CASE NO. 1:16-CR-2-LJO-SKO<br><br>ORDER GRANTING EXTENSION OF TIME (ECF No. 29) |

    Having reviewed the Government's request for an extension of time in this case (ECF No. 29), the litigation schedule in this matter shall be modified as follows: the Government's answer to the movant's motion shall be due **August 17, 2017**; movant's traverse shall be due **September 21, 2017**; and the deadline to move for an evidentiary hearing shall be **September 21, 2017**.

IT IS SO ORDERED.

    Dated:   **May 9, 2017**                        /s/ Lawrence J. O'Neill
                                                           UNITED STATES CHIEF DISTRICT JUDGE