1  PHILLIP A. TALBERT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 1:16-CR-2-LJO-SKO

                      Plaintiff,          ORDER GRANTING 30-DAY EXTENSION OF
12                                        TIME
                  v.
13
   LUIS LOPEZ PEREZ-CONCEPCION,
14
                      Defendant.
15

16    Before the Court is the government's request for an extension of time to respond to Defendant

17 Luis Lopez Perez-Concepcion's motion filed pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). *See* ECF

18 No. 33. Previously, on May 9, 2017, the United States requested a 90-day extension of time to respond

19 to the § 2255 Motion, asserting that "[i]n the time since the Court ordered the government to file a

20 response, the government has diligently investigated movant's allegations but has been unable to timely

21 complete a response to the movant's motion. The government has undertaken legal research, contacted

22 trial counsel, and reviewed the docket, pleadings, and discovery. . . . [but] requires additional time to

23 investigate and respond to these factually intensive issues, as well as to consider the possibility of

24 settlement." ECF No. 29 at 1. The Court granted the requested extension on May 10, 2017, extending

25 the government's response deadline to August 17, 2017.

26    On August 11, 2017, the government again moved for another 90-day extension of time,

27 asserting, verbatim, the exact same basis for the requested extension articulated in the May 9, 2017

28 request. *See* ECF No. 33 at 1. The Court can discern from the record no reason why an additional 90 day

extension is necessary. In light of the government's competing resource demands, the Court will nonetheless grant the United States a 30-day extension of time. The litigation schedule in this matter shall be modified as follows: the government shall respond to the § 2255 Motion on or before September 18, 2017; movant's traverse shall be due October 18, 2017; and the deadline to move for evidentiary hearing shall be October 27, 2017. The government is advised that no further extensions will be granted in this matter absent a showing of extraordinarily good cause.

IT IS SO ORDERED.

Dated: **August 14, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE