# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:16-cr-00002-LJO-SKO** |
| **Plaintiff,** | **ORDER RE-SETTING DEADLINES AND REQUIRING RESPONSE FROM THE GOVERNMENT RE: TIMELINESS ISSUE** |
| v. | |
| **LUIS LOPEZ PEREZ-CONCEPCION,** | |
| **Defendant.** | |

On April 19, 2017, the Court ordered the Government to respond to Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion") on or before May 19, 2017. On May 9, 2017, the Government requested, and was granted, a 90-day extension, giving it until August 17, 2017 to file a response. On August 11, 2017, the Government again requested a 90-day extension, asserting, verbatim, the exact same basis for the requested extension articulated in the May 9, 2017 request. On August 12, 2017, the Court issued an order denying the Government a 90-day extension since it could "discern from the record no reason why an additional 90 day extension [was] necessary." (ECF No. 34 at 1.) However, the Court granted the Government an additional 30 days to file its opposition and set other deadlines accordingly. (*Id.* at 2.) The Court advised the Government that "no further extensions [would] be granted in this matter absent a showing of extraordinarily good cause." (*Id.*) The Government was ordered to file its opposition on or before September 18, 2017. (*Id.*)

The Government filed its opposition on October 16, 2017, nearly one month late. (ECF No. 35.) This is unacceptable.

The Court has determined that the best process is to decide the motion on the merits, with the

1

benefit of the Government's response. Therefore, the Court will not strike the Government's untimely opposition. However, the Court is unwilling to ignore the fact that the Government did not comply with this Court's order. Accordingly,

1) counsel for the Government, Vincenza Rabenn, shall have **ten (10) days** to file a declaration explaining why she ignored the Court's order and filed an untimely response;
2) Defendant shall have **until November 20, 2017** to file its reply to the Government's opposition;
3) the deadline to move for evidentiary hearing shall be **November 29, 2017**.

IT IS SO ORDERED.

Dated: **October 18, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2